IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHERRI TAYLOR                                                                                          PLAINTIFF

        v.              Civil No. 2:11-cv-02131-JRM

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                 DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, the undersigned hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 16th day of July 2012.

                                                   /s/ *J. Marschewski*
                                                 HONORABLE JAMES R. MARSCHEWSKI
                                                 CHIEF UNITED STATES MAGISTRATE JUDGE